IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTHONY LEON SUMMERS | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-425 |
| KEN PAXTON, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Anthony Leon Summers, a prisoner currently confined at the Jester III Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Ken Paxton, Greg Abbott, Bryan Collier, Oscar Mandoza, Lorie Davis, Vickie Barrow, Bryan Williams, Anthony J. Newton, Kevin B. Smith, Alonzo W. Turner, David Turrubiate, Jr., Damien J. Coleman, Marvin Dunbar, and Lanette Linthicum.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends denying Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. Proper notice was given to Plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (doc. #23) is **ADOPTED**. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (doc. #18) is **DENIED**.

**SIGNED** this the 20 day of **September, 2022.**

_____
Thad Heartfield
United States District Judge